FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 10-00053-MWF |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. ) | 18 U.S.C. 3143(a)] |
| ) | |
| SHERMAN PAYTON, ) | |
| ) | |
| Defendant. ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1 | released under 18 U.S.C. § 3142(b) or (c). This finding is
2 | based on his failure to proffer any evidence to meet his burden
3 | on this issue;
4 | and
5 | B.  (X)  The defendant has not met his burden of establishing by
6 | clear and convincing evidence that he is not likely to pose a
7 | danger to the safety of any other person or the community
8 | because of his failure to proffer any evidence to meet his
9 | burden on this issue
10 | IT THEREFORE IS ORDERED that the defendant be detained pending
11 | the further revocation proceedings.

DATED: August 20, 2013

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2